# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VALENTINO ZUNIGA, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 02-CV-807-GKF-SAJ |
| THE BOEING COMPANY, | ) | |
| Defendants. | ) | |
| JAMES VAUGHN, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No. 04-CV-809-GKF-SAJ |
| THE BOEING COMPANY, | ) | |
| Defendants. | ) | |

## **O R D E R**

Currently pending in Case No. 04-CV-809-GKF-SAJ are several motions. [Docket Nos. 21, 65, 67, 70, 71, 72, 73, 74]. Case No. 04-CV-809-GKF-SAJ was previously consolidated with Case No. 02-CV-807-GKF-SAJ. On November 14, 2006, the parties filed a Joint Stipulation of Dismissal With Prejudice as to plaintiff James Vaughn in Case No. 02-CV-807-GKF-SAJ. [Docket No. 188]. Based on the Joint Stipulation of Dismissal With Prejudice, the party James Vaughn is terminated. The Court finds all pending motions in Case No. 04-CV-809-GKF-SAJ moot based on the termination of the party James Vaughn.

IT IS SO ORDERED.

DATED this 3rd day of April 2007.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma